IN THE UNITED STATES DISTRIC COURT
FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA                CIVIL NO. 97-2427(PG)
Rural Development

    Plaintiff                            FORECLOSURE OF MORTGAGE.

RICARDO CRUZ MARTINEZ, ZORAIDA
PACHECO HOMAR and the Conjugal
Partnership constituted by both

    Defendants
-----------------------------------------------------------------

ORDER FOR CANCELLATION OF JUNIOR LIEN

WHEREAS, Upon the Foreclosure of the mortgage executed in favor of United States of America, Rural Development for the principal sum $26,200.00 at 8% annual as deed no. 95 before Notary Public Apolo García Vilanova the Special Master appointed herein at a public sale, sold to Arquelio Acosta Oliveras, the premises described hereinabove. Said property is recorded in the Registry of Puerto Rico, of San German, Lajas Section, page 235 of volume number 200, property number 7,597.

WHEREAS, the following junior lien(s) exist(s) on said property:

    a) Aviso Demanda pro $42,980.27, presentado por los Estados Unidos de América, según el caso número 97-2427 (PG), sobre Ejecución de Hipoteca, radicado en el Tribunal Federal para el Distrito de Puerto Rico.

WHEREAS, Said property was sold at public auction for the sum $50,001.00 to Arquelio Acosta Oliveras, which sales as confirmed and which description of said property is as follows:
---**URBANA:**    Solar número catorce (14) del bloque "I" (I-14) del Plano de la Segunda Extensión de la Urbanización Reparto El Valle de Lajas, Puerto Rico, radicado en el Barrio Yeguas del Municipio





Order Canc. Junior Liens           -2-           97-2427 (PG)

de Lajas, Puerto Rico, con una cabida superficial de **Cuatrocientos veinte metros cuadrados con noventa centésimas de metro cuadrado (420.90)**, en lindes; Por el **NORTE**, en Treinta y nueve (39) metros con el solar número I trece (I-13); por el **SUR**, en catorce (14) metros el solar I quince (I-15), en trece metros con cuatro centímetros con el solar I dieciséis (I-16) en doce metros con el solar I diecisiete (I-17) y en dos metros con cuarenta y ocho centímetros con el solar I dieciocho (I-18); por el **ESTE**, en trece metros con la Calle "B" y por el **OESTE**; en cinco metros con cuarenta centímetros con el señor Timoteo Rodríguez; todos de la referida Urbanización. Enclava en dicho solar y le pertenece una casa de hormigón y bloques de hormigón para fines residenciales solamente.------

WHEREAS: Having complied with all the requirements of law, the purchaser Arquelio Acosta Oliveras, and, are entitled to have the above mentioned Junior Lien(s) duly cancelled in the Registry of property.

WHEREFORE, it is ordered by this Court that the Registrar of Property of San German, Lajas section, proceed to cancel the aforesaid Junior Lien(s), or in the event said Junior lien(s) has not been registered, deny the same together with any and all entries made subsequent to the annotation of the complaint in this case.

The clerk of this Court is hereby ordered to issue a Writ directed to the Registrar of Property of Puerto Rico, San Germán, Lajas section, so that the said public official complies with said Order.

San Juan, Puerto Rico, this 19th of June 2001.

UNITED STATES MAGISTRATE Judge